# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Glen Tharp, | No. CV-18-01176-PHX-JAS (EJM) |
| Plaintiff, | **ORDER** |
| v. | |
| Sun Life Assurance Company of Canada, et al., | |
| Defendants. | |

Pursuant to the parties' stipulation (Doc. 23), and good cause appearing therefore,

IT IS ORDERED that this action shall be dismissed dismiss in its entirety with prejudice, each side to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment and close this case.

Dated this 29th day of October, 2018.

Honorable James A. Soto
United States District Judge