# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Glen Tharp, | NO. CV-18-01176-PHX-JAS (EJM) |
| Plaintiff, | |
| v. | **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |
| Sun Life Assurance Company of Canada, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's order filed October 30, 2018, this action shall be dismissed in its entirety with prejudice, each side to bear its own attorneys' fees and costs.

Brian D. Karth
District Court Executive/Clerk of Court

October 30, 2018

By   s/ M Rodriguez
     Deputy Clerk